## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) |
| ZIAD AL-SAOUDI | ) Bankr Case No.     10-44521 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

### INDIVIDUAL DEBTOR'S MOTION FOR ENTRY OF CHAPTER 11 DISCHARGE DUE TO PLAN COMPLETION AND NOTICE OF DEADLINE AND OPPORTUNITY TO OBJECT

COMES NOW, Ziad Al-Saoudi, the debtor in this case, by and through his undersigned counsel, and for his Motion for Entry of Discharge would represent as follows:

1. The debtor has completed, after the filing of this case, all payments under the Chapter 11 plan as confirmed on July 13, 2011.
2. The debtor did not claim a homestead exemption in excess of $125,000.
3. The debtor does not have a domestic support obligation.
4. The debtor's current address is:

    1310 NW 47th Street

    Kansas City, Mo. 64116

5. The debtor has no employer.  He currently earns his income as a restaranteur.
6. No creditor holds a claim that is not discharged under paragraphs (2), (4), or (14A) of 11 USC § 523(a), or that was reaffirmed by the debtor under 11 USC § 524(c).

WHEREFORE, the debtor respectfully moves this Court to enter a Chapter 11 discharge.

> **By:** /s/ victor f weber
> **BRUCE E. STRAUSS**        MO#26323
> **VICTOR F. WEBER**         MO#57361
> **1044 Main Street - Suite 500**
> **Kansas City, MO 64105**
> **Telephone:    (816) 221-8855**
> **Facsimile:    (816) 221-7886**
> **Email:** victor@merrickbakerstrauss.com
> **ATTORNEYS FOR DEBTOR**

F:\WP\VICTOR\ALSZ-1\MOTION FOR ENTRY OF DISCHARGE.DOC

## NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION FOR ENTRY OF CHAPTER 11 DISCHARGE DUE TO PLAN COMPLETION

PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion. The objection must be filed electronically with the Bankruptcy Court at www.ecf.mowb.uscourts.gov. If you are a pro se creditor, you may file a written objection with the Clerk, United States Bankruptcy Court, Western District of Missouri, 400 E. 9th Street, Room 1510, Kansas City, MO 64106. Debtor's attorney and trustee will receive electronic notice when the objection is filed. If the debtor is pro se, you must serve your objection on the debtor.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed and served electronically upon all persons requesting ECF notification on March 16, 2017 and that same date via US mail, postage prepaid on all parties listed on the mailing matrix attached as Exhibit A.

/s/ victor f weber