**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ZIAD H. AL-SAOUDI,** | ) | **Case No. 10-44521-drd-11** |
| | ) | |
| **Debtor.** | ) | |

## <u>ORDER</u>

ORDERED that the Motion to Vacate the Order of Discharge filed by ReadyCap

Lending, LLC, is hereby denied.


Dated: January 27, 2020                    */s/ Dennis R. Dow*
                                           Honorable Dennis R. Dow
                                           United States Bankruptcy Court